Anthony Wayne HIMMELBERG, Respondent,

v.

Christina M. HIMMELBERG, Appellant.

No. WD 64531.

Missouri Court of Appeals, Western District.

July 26, 2005.

Dennis J. Campbell Owens, Kansas City, MO, for Appellant.

Lloyd Koelker, Kansas City, MO, for Respondent.

Before EDWIN H. SMITH, C.J., ROBERT G. ULRICH and PATRICIA BRECKENRIDGE, JJ.

### ORDER

PER CURIAM:

Christina Himmelberg (now Smith) appeals the judgment of the trial court modifying the physical custody arrangement of the parties' two minor children. Ms. Himmelberg contends that insufficient evidence was presented of a substantial change of circumstances to justify the modification and that the modification was not in the children's best interests. The judgment of the trial court is affirmed. Rule 84.16(b).

STATE of Missouri, Respondent,

v.

Darryl A. JONES, Appellant.

No. WD 64103.

Missouri Court of Appeals, Western District.

July 26, 2005.

Jeannie M. Willibey, Kansas City, for Appellant.

Shaun Mackelprang, Jefferson City, for Respondent.

Before: HOWARD, P.J., SMART and NEWTON, JJ.

### ORDER

PER CURIAM.

Mr. Darryl A. Jones was convicted by a jury in the Jackson County Circuit Court on one count of trafficking in the second degree, a Class A felony, Section 195.223, RSMo 2000 and sentenced to ten years in prison. He claims on appeal that the trial court erred by not granting a mistrial after the State referred to Mr. Jones' prior conviction during closing argument. We affirm. Rule 30.25(b).